# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 04-3138** **September Term, 2005**

**PUBLIC ORDER**

**04mc00407**
**04mc00460**
**04mc00461**

**Filed On: January 13, 2006** **[942675]**

In re: Grand Jury Subpoena, Judith Miller

---

Consolidated with 04-3139, 04-3140

**BEFORE**: Sentelle, Henderson,* and Tatel, Circuit Judges

**O R D E R**

Upon consideration of the motion of amicus curiae Dow Jones to unseal the December 15 order, it is

**ORDERED** that the motion be granted. The Clerk is directed to unseal the order filed December 15, 2005.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Nancy G. Dunn
Deputy Clerk

* Circuit Judge Henderson would deny the motion to unseal.