# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 04-3138** **September Term, 2005**

**UNSEALED PER ORDER FILED JANUARY 13, 2006**

**04mc00407**
**04mc00460**
**04mc00461**

**Filed On: December 15, 2005**

**[937675]**

In re: Grand Jury Subpoena, Judith Miller

---

Consolidated with 04-3139, 04-3140

**BEFORE**: Sentelle, Henderson, and Tatel, Circuit Judges

## ORDER

It is **ORDERED**, on the court's own motion, that the special counsel submit, ex parte and under seal, redacted versions of his August 27, 2004 and September 27, 2004 classified ex parte affidavits, in which he explained the need for issuing subpoenas to Judith Miller and Matthew Cooper.

It is **FURTHER ORDERED** that the special counsel expeditiously arrange for classification review to ascertain whether all or part of those affidavits can be declassified.

It is **FURTHER ORDERED** that the special counsel redact only those portions of the affidavits necessary to protect grand jury secrecy and any remaining classified information in light of his position that "continued secrecy is not necessary with respect to certain portions of the redacted pages [in Judge Tatel's concurring opinion] that directly relate to Mr. Libby, whose status as a subject of the grand jury investigation became publicly known through the return of the indictment . . . , and that do not relate to other persons whose status as a witness or subject has not been publicly disclosed." Gov't's Resp. to Mot. of Dow Jones & Co. to Unseal Redacted Portion of the Ct.'s Op. at 7-8.

It is **FURTHER ORDERED** that the special counsel submit, ex parte and under seal, an affidavit explaining the reasoning behind his choices to redact or not to redact the

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 04-3138** **September Term, 2005**

information contained in the two classified ex parte affidavits.

It is **FURTHER ORDERED** that the special counsel submit the redacted affidavits, the explanatory affidavit, and the results of the classification review, no later than 4pm on Friday, January 13, 2006.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/

Nancy G. Dunn
Deputy Clerk