United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 04-3138** **September Term, 2006**

**04mc00407**
**04mc00460**
**04mc00461**

**Filed On: February 9, 2007**

**[1022187]**
In re: Grand Jury Subpoena, Judith Miller

**BEFORE**: Sentelle, Henderson, and Tatel, Circuit Judges

**O R D E R**

Upon consideration of the motion of amici curiae Dow Jones and the Associated Press to unseal, the response thereto, and the reply, it is

**ORDERED** that the motion be denied without prejudice to refiling upon completion of the proceedings in United States v. Libby, No. 05-cr-00394, (D.C.D.C.).

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:
Michael C. McGrail
Deputy Clerk